Certificate Number: 12433-CAE-DE-031880973

Bankruptcy Case Number: 18-25809



12433-CAE-DE-031880973

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 8, 2018, at 4:23 o'clock PM PST, Martha L. Trujillo Torres completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date: November 8, 2018

By: /s/Candace Jones

Name: Candace Jones

Title: Counselor